IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V. CRIMINAL ACTION NO. 3:18-CR-95-SA-RP-1

JAMES BEASLEY DEFENDANT

WRITTEN ORDER FOLLOWING ORAL ORDER

On February 12, 2019 the Defendant filed a Motion to Modify [18] the Conditions of his release on an unsecured bond. The Defendant requested a modification of his restriction on travel outside the District for work. This cause came on for hearing on February 21, 2019, and at the hearing, the Court granted the Defendant's request for a modification for the reasons, and within the parameters stated on the record. The Defendant's Motion to Modify [18] the conditions of his release is GRANTED.

It is SO ORDERED, on this the 21st day of February, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE